Jason Brown  (ISB # 8758)
MAY, RAMMELL & WELLS, CHTD.
216 W. Whitman, P.O. Box 370
Pocatello, ID 83204-0370
Telephone: (208)233-0132
Facsimile: (208)234-2961
jason@mrwlaw.net

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BRUCE ESPLIN,<br><br>                    Plaintiff,<br><br>vs.<br><br>BEAR LAKE COUNTY,<br><br>                    Defendant. | CASE NO.: 4:21-CV-00356-DCN<br><br>**NOTICE OF DISMISSAL** |

Notice is hereby given Pursuant to *Federal Rule of Civil Procedure 41(1)(A)(i)* that Plaintiff, Bruce Esplin does hereby voluntarily dismiss his claim against Defendant Bear Lake County in the above entitled action with prejudice.

DATED this 1st day of December, 2021.

MAY, RAMMELL & WELLS, CHTD.

/s/Jason Brown_____
JASON BROWN